| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | PACTS 6176493 | DATE 01/17/2024 |
|---|---|---|---|---|
| NAME SALTER, Kedar | OFFICER Jovonne Jones | JUDGE Nancy G. Edmunds | | DOCKET # 19-CR-20307-01 |

| ORIGINAL SENTENCE DATE 09/28/2022 | SUPERVISION TYPE Supervised Release | CRIMINAL HISTORY CATEGORY IV | TOTAL OFFENSE LEVEL 13 | PHOTO |
|---|---|---|---|---|
| COMMENCED 10/05/2023 | | | | |
| EXPIRATION 09/26/2026 | | | | |

| ASST. U.S. ATTORNEY Benjamin Coates | DEFENSE ATTORNEY To Be Determined |
|---|---|

**REPORT PURPOSE**

**TO ISSUE A WARRANT**

**ORIGINAL OFFENSE**

Count 1:  18 U.S.C. § 922(g)(1), Possession of a Firearm by a Convicted Felon

**SENTENCE DISPOSITION**

Custody of the Bureau of Prisons for a term of time served, to be followed by a three-year term of supervised release.

**ORIGINAL SPECIAL CONDITIONS**

1. You must participate in a cognitive-behavioral treatment program and follow the rules and regulations of that program.  The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). Such programs may include group sessions led by a counselor or participation in a program administered by the probation office.
2. You must submit your person, residence, office, vehicle(s), papers, business or place of employment, and any property under your control to a search.  Such a search shall be conducted by a United States Probation Officer at a reasonable time and in a reasonable manner based upon a reasonable suspicion of contraband or evidence of a violation of a condition of release.  Failure to submit to such a search may be grounds for revocation; you must warn any residents that the premises may be subject to searches.
3. You must submit to substance abuse testing to determine if you have used a prohibited substance.

    Criminal Monetary Penalty:  Special Assessment $100.00 (Balance: $100.00).

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | PACTS 6176493 | DATE 01/17/2024 |
|---|---|---|---|---|
| **NAME** SALTER, Kedar | | **OFFICER** Jovonne Jones | **JUDGE** Nancy G. Edmunds | **DOCKET #** 19-CR-20307-01 |

The probation officer believes that the offender has violated the following condition(s) of Supervised Release:

| VIOLATION NUMBER | NATURE OF NONCOMPLIANCE |
|---|---|
| 1 | **Violation of Mandatory Condition:** "YOU MUST REFRAIN FROM ANY UNLAWFUL USE OF A CONTROLLED SUBSTANCE. YOU MUST SUBMIT TO ONE DRUG TEST WITHIN 15 DAYS OF RELEASE FROM IMPRISONMENT AND AT LEAST TWO PERIODIC DRUG TESTS THEREAFTER, AS DETERMINED BY THE COURT."<br><br>On October 10, 2023, SALTER tested positive for alcohol and marijuana. After testing positive, SALTER admitted to the probation department that he took a Norco on Friday, October 6, 2023, for back pain. SALTER'S urine sample was sent to the national lab for confirmation. The lab confirmed SALTER was positive for marijuana. |
| 2 | **Violation of Standard Condition No. 2:** "AFTER INITIALLY REPORTING TO THE PROBATION OFFICE, YOU WILL RECEIVE INSTRUCTIONS FROM THE COURT OR THE PROBATION OFFICER ABOUT HOW AND WHEN YOU MUST REPORT TO THE PROBATION OFFICER AS INSTRUCTED."<br><br>On November 13, 2023, SALTER contacted this officer to inquire as to if he was to report on November 14, 2023. This officer instructed him that he is to report on November 15, 2023, at 2pm, not on November 14, 2023. SALTER failed to report as instructed.<br><br>On November 27, 2023, this officer contacted SALTER and left a voicemail instructing him to contact this officer; SALTER later contacted this officer at which time he was told to report to the Probation Department on November 29, 2023. On November 29, 2023, SALTER again failed to report as instructed.<br><br>On December 7, 2023, this officer attempted to visit SALTER at the addresses he provided to the probation department. The address of 8239 Penrod Street, Detroit, was vacant. This officer then attempted to contact SALTER at the address of 15084 Manor Avenue, Detroit, and there was no answer. This officer left a card in the door instructing SALTER to report to the probation department on December 13, 2023. On December 13, 2023, SALTER did not report at instructed.<br><br>On December 20, 2023, this officer contacted SALTER via telephone at which time he stated that he would be turning himself into MDOC on December 22, 2023. SALTER failed to do so. |
| 3 | **Violation of Standard Condition No. 4:** "YOU MUST ANSWER TRUTHFULLY THE QUESTIONS ASKED BY YOUR PROBATION OFFICER."<br><br>As indicated above in Violation # 2, SALTER reported to this officer that his address was 15804 Manor Avenue, Detroit, MI, 48238. SALTER also listed an address of 8239 Penrod Street, Detroit, MI 48228. Attempts to see SALTER at these addresses were unsuccessful. |

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 6176493 | **DATE** 01/17/2024 |
|---|---|---|---|---|
| **NAME** SALTER, Kedar | **OFFICER** Jovonne Jones | **JUDGE** Nancy G. Edmunds | **DOCKET #** 19-CR-20307-01 | |

On December 20, 2023, this officer contacted SALTER to inquire as to where he was living, SALTER would not provide this officer with an address, however, he did confirm that he does not reside at the addresses he previously reported.

4    **Violation of Standard Condition No. 5:** "YOU MUST LIVE AT A PLACE APPROVED BY THE PROBATION OFFICER. IF YOU PLAN TO CHANGE WHERE YOU LIVE OR ANYTHING ABOUT YOUR LIVING ARRANGEMENTS (SUCH AS THE PEOPLE YOU LIVE WITH), YOU MUST NOTIFY THE PROBATION OFFICER AT LEAST 10 DAYS BEFORE THE CHANGE. IF NOTIFYING THE PROBATION OFFICER IN ADVANCE IS NOT POSSIBLE DUE TO UNANTICIPATED CIRCUMSTANCES, YOU MUST NOTIFY THE PROBATION DEPARTMENT WITHIN 72 HOURS OF BECOMING AWARE OF A CHANGE OR EXPECTED CHANGE."

On October 26, 2023, SALTER reported to this officer that his address was 15804 Manor Avenue, Detroit, MI, 48238. SALTER also listed an address of 8239 Penrod Street, Detroit, MI 48228.

As indicated above in Violation #2 on December 7, 2023, this officer attempted to visit SALTER at both listed addresses. However, SALTER was not at either residence.

5    **Violation of Standard Condition No. 13:** "YOU MUST FOLLOW THE INSTRUCTIONS OF THE PROBATION OFFICER RELEATED TO THE CONDITIONS OF SUPERVISON."

As previously stated in the violations listed above, this officer has instructed SALTER to report to the probation department multiple occasions and he has failed to do so. SALTER also has not provided this officer with an update of whereabouts as to where he is currently residing.

As of this writing, SALTER has not reported to the Probation Department. SALTER has refused to comply with this officer's directives and has not provided a valid address. SALTER has made his whereabouts unknown and is making himself unavailable for supervision, therefore he is considered an absconder.

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 6176493 | **DATE** 01/17/2024 |
|---|---|---|---|---|---|
| **NAME** SALTER, Kedar | | **OFFICER** Jovonne Jones | **JUDGE** Nancy G. Edmunds | | **DOCKET #** 19-CR-20307-01 |

| 6 | **Violation of Criminal Monetary Penalty:** "THE DEFENDANT MUST PAY THE TOTAL CRIMINAL MONETARY PENALTIES UNDER THE SCHEDULE OF PAYMENTS ON SHEET 6." As of the date of this writing, SALTER has failed to pay his $100.00 special assessment fee. |
|---|---|

| I declare under penalty of perjury that the foregoing is true and correct. **PROBATION OFFICER** s/Jovonne Jones/djl (313) 234-5457 | **DISTRIBUTION** Court |
|---|---|
| **SUPERVISING PROBATION OFFICER** s/Steven M. Ely (313) 234-5583 | **PROBATION ROUTING** Data Entry |

**THE COURT ORDERS:**

[ X ]   The issuance of a warrant

[  ]    Others

                s/ Nancy G. Edmunds
                United States District Judge

                1/18/2024
                Date